UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GRAYSON, | **ORDER** |
| Petitioner, | |
| -against- | 21 Civ. 1870 (PGG) |
| UNITED STATES OF AMERICA, | 16 Cr. 281-8 (PGG) |
| Respondent. | |

PAUL G. GARDEPHE, United States District Judge:

        The Government is directed to respond to Defendant Eric Grayson's Emergency Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Dkt. No. 5, 21 Civ. 1870, by March 24, 2021.  Given that Grayson bases his Motion on the risks of contracting COVID-19 at Fort Dix Federal Correctional Institution ("FCI Fort Dix"), where he is housed, the Government will address in its response whether Grayson has received a COVID-19 vaccine.  If Grayson has not received a COVID-19 vaccine, the Government will state when FCI Fort Dix anticipates administering COVID-19 vaccines to its inmate population.

Dated: New York, New York
       March 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge